**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Roseann Ventura** | Social Security number or ITIN **xxx–xx–4522** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **District of New Jersey** | | |
| Case number:  **16–20265–KCF** | | |

## Order of Discharge                                                                                        12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Roseann Ventura

<u>8/26/16</u>                                                                  **By the court:** <u>Kathryn C. Ferguson</u>
                                                                                                                   United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                **Order of Discharge**                page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 16-20265-KCF
Roseann Ventura                                                 Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin             Page 1 of 2        Date Rcvd: Aug 26, 2016
                       Form ID: 318             Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2016.
```
db           +Roseann Ventura,    338 Delmore Avenue,    South Plainfield, NJ 07080-3229
516200655     Apothaker Scian PC,    520 Fellowship Road, Suite C306,    PO Box 5496,
               Mount Laurel, NJ 08054-5496
516200660    +Commonwealth Finance,    245 Main St.,    Scranton, PA 18519-1641
516200661    +Corporation Service Company,    830 Bear Tavern Road,    Trenton, NJ 08628-1020
516200665    +Fein Such Kahn & Shepard,    7 Century Drive, Suite 201,    Parsippany, NJ 07054-4673
516200669    +Lyons Doughty & Veldhuis,    136 Gaither Drive, Suite 100,    Mount Laurel, NJ 08054-2239
516200670    +Martha Jacobs LLC,    c/o Peter McElkenny,    73 Chuckanutt Drive,    Oakland, NJ 07436-3728
516200674    +Northstar Locations, LLC,    4285 Genesee St.,    Cheektowaga, NY 14225-1943
516200675    +Pressler and Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516200677    +Southern Bank Emergency,    254 Easton Avenue,    New Brunswick, NJ 08901-1766
516200678     T Mobile,    Two Newport 132nd Avenue SE,    Bellevue, WA 98006
516200679     Zucker, Goldberg & Ackerman, LLC,    200 Sheffield Street, Suite 101,    PO Box 1024,
               Mountainside, NJ 07092-0024
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Aug 26 2016 23:47:32     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 26 2016 23:47:28     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516200656     EDI: BANKAMER.COM Aug 26 2016 23:33:00     Bank of America,    P.O. Box 5170,
               Simi Valley, CA 93062-5170
516200657    +EDI: CAPITALONE.COM Aug 26 2016 23:33:00     Capital One,    PO Box 30281,
               Salt Lake City, UT 84130-0281
516200658    +EDI: CAPONEAUTO.COM Aug 26 2016 23:33:00     Capital One Auto Finance,    7933 Preston Road,
               Plano, TX 75024-2302
516200659    +EDI: CITICORP.COM Aug 26 2016 23:33:00     Citibank,    701 E 60th Street N.,
               Sioux Falls, SD 57104-0493
516200662    +E-mail/Text: kzoepfel@credit-control.com Aug 26 2016 23:47:34     Credit Control LLC,
               5757 Phantom Drive, Suite 330,    Hazelwood, MO 63042-2429
516200663    +EDI: RCSFNBMARIN.COM Aug 26 2016 23:33:00     Credit One,    PO Box 98872,
               Las Vegas, NV 89193-8872
516200664     EDI: RCSDELL.COM Aug 26 2016 23:33:00     Dell Financial Services,    PO Box 81577,
               Austin, TX 78708-1577
516200666    +EDI: AMINFOFP.COM Aug 26 2016 23:33:00     First Premier Bank,    3820 North Louise Avenue,
               Sioux Falls, SD 57107-0145
516200667    +E-mail/Text: bkynotice@harvardcollect.com Aug 26 2016 23:48:27     Harvard Collection Servicing,
               4839 Elston Ave.,    Chicago, IL 60630-2589
516200668     EDI: JEFFERSONCAP.COM Aug 26 2016 23:38:00     Jefferson Capital Systems LLC,
               16 McLeland Road,    Saint Cloud, MN 56303
516200671    +EDI: MID8.COM Aug 26 2016 23:33:00     Midland Credit Management,    8875 Aero Drive, Suite 200,
               San Diego, CA 92123-2255
516200673    +EDI: MID8.COM Aug 26 2016 23:33:00     Midland Funding LLC,    8875 Aero Drive, Suite 200,
               San Diego, CA 92123-2255
516200676    +EDI: RESURGENT.COM Aug 26 2016 23:33:00     Resurgent Capital Services,    PO Box 10587,
               MS 126,    Greenville, SC 29603-0587
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516200672*    +Midland Credit Management, Inc.,    8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2016                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2               Date Rcvd: Aug 26, 2016
                              Form ID: 318             Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2016 at the address(es) listed below:
              Alan G. Cosner    on behalf of Debtor Roseann  Ventura cosner@cosnerlaw.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John Michael McDonnell    jmcdonnell@mchfirm.com,    jcohen@mchfirm.com;NJ95@ecfcbis.com
                                                                                              TOTAL: 3
```